**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 373 WAL 2020

       Respondent                :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

       v.                       :

                                     :

LEE ANDREW MOORE,             :

                                     :

       Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.